No. 612, Misc., October Term, 1964. BERMAN *v.* FAY, WARDEN, 381 U. S. 955;

No. 657, Misc., October Term, 1964. GRAY *v.* UNITED STATES, 381 U. S. 926;

No. 730, Misc., October Term, 1964. VALCARCEL *v.* UNITED STATES, 381 U. S. 926;

No. 743, Misc., October Term, 1964. LLOYD *v.* UNITED STATES, 381 U. S. 952;

No. 890, Misc., October Term, 1964. CASTLE *v.* UNITED STATES, 381 U. S. 953;

No. 998, Misc., October Term, 1964. WELLS *v.* UNITED STATES, 381 U. S. 927;

No. 1047, Misc., October Term, 1964. GOLDBERG *v.* OFFICE EMPLOYES INTERNATIONAL UNION, LOCAL 153, ET AL., 381 U. S. 939;

No. 1055, Misc., October Term, 1964. HILBRICH *v.* UNITED STATES, 381 U. S. 941;

No. 1159, Misc., October Term, 1964. USELDING *v.* UNITED STATES, 381 U. S. 941;

No. 1058, Misc., October Term, 1964. HALYSHYN *v.* UNITED STATES, 381 U. S. 928;

No. 1117, Misc., October Term, 1964. McLEOD *v.* OHIO, 381 U. S. 356;

No. 1118, Misc., October Term, 1964. GUNSTON *v.* UNITED STATES, 381 U. S. 930;

No. 1122, Misc., October Term, 1964. CLARK *v.* PAYNE, 381 U. S. 943;

No. 1130, Misc., October Term, 1964. NELMS *v.* UNITED STATES, 381 U. S. 943;

No. 1150 Misc., October Term, 1964. MACFADDEN *v.* HEINZE, WARDEN, ET AL., 381 U. S. 944; and

No. 1237, Misc., October Term, 1964. STEWART *v.* MICHIGAN ET AL., 381 U. S. 931. Petitions for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions.